UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| KRISTINA JEAN POWERS, | Civil No. 10-4678 MJD/AJB |
| Plaintiff, | |
| v. | O R D E R |
| WABASHA-KELLOG INDEPENDENT SCHOOL DISTRICT #811, | |
| Defendant. | |

Based upon the Findings of Fact, Conclusions of Law, and Recommendation by United States Magistrate Judge Arthur J. Boylan dated June 16, 2011, all the files and records, and no objections having been filed to said Recommendation,

IT IS HEREBY ORDERED that the defendant's motion to dismiss [Docket No. 5] is GRANTED and the complaint is DISMISSED with prejudice.

DATED: July 18, 2011.

                                                    s/Michael J. Davis
                                                    Chief Judge Michael J. Davis
                                                    U. S. District Court